AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| :---: | :--- |
| v. | ) Case: 1:22-mj-00278 |
| Jacquelyn J. Starer | ) Assigned to: Judge Meriweather, Robin M. |
| DOB: XXXXXX | ) Assign Date: 12/15/2022 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| :--- | :--- |

18 U.S.C. § 111(a)(1) - Forcibly Assaulting, Resisting, Opposing, Impeding Federal Officers
18 U.S.C. § 231(a)(3) - Civil Disorder
18 U.S.C. § 1752(a)(1), (2), and (4) - Entering and Remaining in a Restricted Building or Grounds, Disorderly and Disruptive Conduct, and Knowingly Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D), (F), and (G) - Disorderly Conduct in a Capitol Building, Engaging in Physical Violence in a Capitol Building, and Parading, Demonstrating, or Picketing in a Capitol Building

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Jennifer A. Morin*
Complainant's signature

Jennifer Morin, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 12/16/2022

Judge's signature

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*