**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **Case No. 1:22-mj-00278(RMM)** |
| ) | |
| ) | |
| **JACQUELYN STARER,** ) | |
| **Defendant.** ) | |
| ) | |

<u>Motion for admission of attorney Daniel J. Cappetta *Pro Hac Vice*</u>

Pursuant to Criminal Local Rule 44.1 (c) & (d), Defendant  Jacquelyn Starer moves for the admission and appearance of attorney Daniel J. Cappetta p*ro hac vice* in the above-captioned case. This motion is supported by the Declaration of Mr. Cappetta filed herewith.  Mr. Cappetta is admitted and an active member in good standing in the following courts and bars:

1.  Massachusetts Bar; Bar Number  665860.

This motion is supported and signed by Kira Anne West, an active and sponsoring member of the Bar of this Court. This motion also has a certificate of good standing attached as Exhibit 1.

Respectfully submitted,

KIRA ANNE WEST

By:  _____/s/_____
Kira Anne West
DC Bar No. 993523
712  H Street N.E., Unit  #509
Washington, D.C.  20002
Phone:  202-236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 17th day of January, 2023, a copy of same was  electronically

filed using the CM/ECF system  and thus delivered to the parties of record and in pursuant to the

 rules of the Clerk of Court.

_____/S/_____
Kira Anne West

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,      )
                                  )
    v.                             )
                                  )      **Case No. 1:22-MJ-278(RMM)**
                                  )
                                  )
JACQUELYN STARER,              )
                 **Defendant.**      )
                                  )

## <u>ORDER</u>

This Court, having considered the Motion for *Pro Hac Vice* Admission of  Daniel J. Cappetta and good cause having been shown, it is this _____ day of _____, 2023,

      **ORDERED** that the Motion for *Pro Hac Vice* Admission is **GRANTED**; and it is

      **FURTHER ORDERED** that  David Cappetta shall be permitted to appear and be heard on behalf of the Defendant in the above-captioned matter without the presence of local counsel. Furthermore,  Daniel J. Cappetta is permitted to execute all pleadings in this case without the necessity of Attorney Kira Anne West being required to also execute all pleadings in this case.

      **SO  ORDERED.**

                           _____
                           Robin M. Meriweather
                           United States Magistrate Judge