AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 22-mj-00278-RMM |
| Jacquelyn Starer | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jacquelyn Starer

Date:    02/09/2023

*Attorney's signature*

Daniel J. Cappetta #665860
*Printed name and bar number*
150 Speen St. #201
Framingham, MA 01701

*Address*

daniel@cappettalaw.com
*E-mail address*

(508) 762-4540
*Telephone number*

(508) 739-2266
*FAX number*