UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | No. 23-CR-00260 (TJK) |
| **JACQUELYN STARER,** | : | |
| | : | |
| Defendant. | : | |

**CONSENT MOTION TO CONTINUE STATUS CONFERENCE
AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, through counsel, hereby files this motion to continue the status conference set for Monday, January 8, 2024, in the above-captioned matter, for approximately 45 days. The parties are available on February 23, 2024, or a date convenient to the Court. Defense counsel concurs in this motion. The parties request the additional time to continue to engage in plea negotiations.

In support of this motion, the Government states as follows:

1. The Defendant was charged by criminal complaint on December 16, 2023 [Doc. No. 1], and the grand jury returned an indictment in the case on August 2, 2023 [Doc. No. 25].

2. The parties have engaged in plea discussions in an attempt to resolve this case.

3. A period of approximately 45 days will allow the parties to attempt to resolve outstanding issues.

4. The parties agree to toll the speedy trial clock until the next status conference due to further talks aimed at a pretrial disposition, and because the ends of justice served by granting this continuance outweighs the best interests of the public and the Defendant in a speedy trial.

5. Defendant remains in compliance with her pre-trial conditions of release.

6. A proposed Order is attached.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that the Court grant this Motion to Continue the Status Conference, and further requests that the Court exclude the time until the next set hearing in February 2024, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the continuance will further talks aimed at a pretrial disposition. The Government also requests that the Court find that the ends of justice served by granting this continuance outweighs the best interests of the public and the Defendant in a speedy trial.

          Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney
          D.C. Bar No. 481052

By:    s/ *Sarah W. Rocha*
          SARAH W. ROCHA
          Trial Attorney
          D.C. Bar No. 977497
          601 D Street, NW
          Washington, DC 20579
          Telephone: 202-330-1735
          sarah.wilsonrocha@usdoj.gov

Dated: January 2, 2024