UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 23-CR-00260 (TJK) |
| JACQUELYN STARER, | : | |
| | : | |
| Defendant. | : | |

## CONSENT MOTION TO CONTINUE FOR CHANGE OF PLEA AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The Defendant, through counsel, hereby files this motion to continue the status conference set for February 23, 2024, in the above-captioned matter, for approximately 60 days. The parties are available on April 26, 2024, or a date convenient to the Court. The United States concurs in this motion. The parties request the additional time to continue to arrange for travel to Washington DC for the purposes of changing the Defendant's plea.

In support of this motion, the Defendant states as follows:

1. The Defendant was charged by criminal complaint on December 16, 2023 [Doc. No. 1], and the grand jury returned an indictment in the case on August 2, 2023 [Doc. No. 25].

2. The parties have engaged in plea discussions in an attempt to resolve this case.

3. Although no agreement has been reached the Defendant intends to change her plea to guilty on the entire indictment.

4. Robert Sheketoff who is lead counsel for the Defendant has multiple trials scheduled in the next 60 days.

5. Robert Sheketoff has a trial scheduled for April 22, 2024 in Boston (USA v. Danilo Soto 22-10334-AK) that is estimated to only go for two to three days which should allow him ample time to travel to Washington D.C. for a change of plea on April 26, 2024.

6. The parties agree to toll the speedy trial clock until the next hearing because the ends of justice served by granting this continuance outweighs the best interests of the public and the Defendant in a speedy trial.

7. Defendant remains in compliance with her pre-trial conditions of release.

8. A proposed Order is attached.

WHEREFORE, for the foregoing reasons, the defendant respectfully requests that the Court grant this Motion to Continue For Change of Plea, and further requests that the Court exclude the time until the next set hearing in April 2024, pursuant to 18 U.S.C. § 3161 *et seq.*, on the basis that the continuance will further efforts to bring this matter to a pre-trial disposition.

Respectfully submitted,

JACQUALYN STARER

By: *s/ Daniel J. Cappetta*
Daniel J. Cappetta
MA BBO# 665860
150 Speen St. #201
Framingham, MA 01701
(t) 508-762-4540
(f) 508-739-2266
(e) daniel@cappettalaw.com

Dated: 2/21/2024