CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 23-CR-260 (TJK) |
| ) | |
| JACQUELYN STARER ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_Sarah W. Rocha_
Trial Attorney / Detailee

Approved:

_____        Date: April 30, 2024
Hon. Timothy J. Kelly
United States District Judge